# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO SIERRA,<br><br>        Plaintiff,<br><br>v.<br><br>T. HOLMES,<br><br>        Defendant. | Case No. 1:22-cv-00964-ADA-SAB (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING<br><br>(ECF No. 11) |

Plaintiff Francisco Sierra is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendant's motion for an extension of time to file a responsive pleading, filed September 28, 2022.

Good cause having been presented, it is HEREBY ORDERED that the deadline to file a responsive pleading is extended to January 5, 2023.

IT IS SO ORDERED.

Dated:   **September 28, 2022**

                              UNITED STATES MAGISTRATE JUDGE

1