## UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO SIERRA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>T. HOLMES,<br><br>　　　　Defendant. | Case No. 1:22-cv-00964-ADA-SAB (PC)<br><br>ORDER GRANTING DEFENDANT'S SECOND MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING<br><br>(ECF No. 13) |

Plaintiff Francisco Sierra is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendant's second motion for extension of time to file a response, filed January 5, 2023.

Good cause having been presented, it is HEREBY ORDERED that the deadline for Defendant to file a responsive pleading is extended to February 4, 2023.

IT IS SO ORDERED.

Dated:   **January 9, 2023**　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1