# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO SIERRA,<br><br>        Plaintiff,<br><br>  v.<br><br>T. HOLMES,<br><br>        Defendant. | Case No. 1:22-cv-00964-ADA-SAB (PC)<br><br>AMENDMENT TO FEBRUARY 7, 2023 ORDER SETTING THE CASE FOR SETTLEMENT CONFERENCE ON MAY 9, 2023<br><br>(ECF No. 19) |

Plaintiff Francisco Sierra is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On February 7, 2023, the Court set a settlement conference for May 9, 2023, before Magistrate Judge Barbara A. McAuliffe. The Court's February 7, 2023, order is HEREBY AMENDED to reflect at page 3, line 8, "**May 9, 2023 at 9:30 a.m.**" (ECF No. 19.)

IT IS SO ORDERED.

Dated: **February 8, 2023**

                                      UNITED STATES MAGISTRATE JUDGE

1