# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO SIERRA,<br><br>    Plaintiff,<br><br>v.<br><br>T. HOLMES,<br><br>    Defendant. | Case No. 1:22-cv-00964-ADA-SAB (PC)<br><br>ORDER GRANTING MOTION TO CONTINUE SETTLEMENT CONFERENCE<br><br>(ECF No. 22)<br><br>**Date: July 25, 2023**<br>**Time: 9:30 a.m.** |

Plaintiff Francisco Sierra is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

A video settlement conference in this matter is currently scheduled for May 9, 2023, at 9:30 a.m. before Magistrate Judge Barbara A. McAuliffe.

On April 13, 2023, Defendant filed a motion requesting that the settlement conference be continued due to a schedule conflict. (ECF No. 22.) Defense counsel states that she unavailable on May 9, 2023, due to a settlement conference in another case. (Id.)

Although Plaintiff had not had an opportunity to file a response, the Court finds a response unnecessary. Furthermore, the Court finds good cause to rescheduled the settlement conference.

Accordingly, it is HEREBY ORDERED that:

1. Defendant's motion to continue the settlement conference (ECF No. 22), is

GRANTED;

2. The remote settlement conference will be continued to **July 25, 2023, at 9:30 a.m.**;

3. The parties confidential settlement statements are due on or before **July 18, 2023**;

4. The writ of habeas corpus ad testificandum issued on April 7, 2023 (ECF No. 21), is VACATED, to be reissued in due course; and

5. Counsel for Defendant shall contact Courtroom Deputy, Esther Valdez, at (559) 499-5788 or evaldez@caed.uscourts.gov for the video and dial-in information, including any necessary passcodes, for all parties. Counsel for Defendant is also required to arrange for Plaintiff's participation by contacting the Litigation Coordinator at the institution where Plaintiff is housed and providing the necessary Zoom contact information.

IT IS SO ORDERED.

Dated:   **April 14, 2023**

UNITED STATES MAGISTRATE JUDGE